**SNYDER BURNETT EGERER, LLP**
**Jerry J. Howard (SB# 207206)**
**Stacey L. Walker (SB# 311108)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
jhoward@sbelaw.com
swalker@sbelaw.com

Attorneys for Defendants ROEHL TRANSPORT, INC. and ARTHUR BULLOCK

**WILCOXEN CALLAHAM, LLP**
**WALTER H. LOVING, III (SB# 109348)**
2114 K Street
Sacramento, California 95816
Telephone No.: 916.442.2777
Facsimile No.: 916.442.4118
wloving@wilcoxenlaw.com

Attorneys for Plaintiffs ROSE POWELL and LAWRENCE HARRIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE POWELL and LAWRENCE HARRIS,<br><br>      Plaintiff,<br><br>v.<br><br>ROEHL TRANSPORT and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. 2:19-CV-01727-MCE-EFB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

<Signatures on following page>

///

///

///

{00232745}1

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VDRP**

| | | |
|---|---|---|
| Dated: November _____, 2019 | | WILCOXEN CALLAHAM, LLP |

By: Walter H. Loving, III
Attorneys for Plaintiffs ROSE POWELL
AND LAWRENCE HARRIS

Dated: November _____, 2019        SNYDER BURNETT EGERER, LLP

_____
By: Jerry J. Howard/Stacey L. Walker
Attorneys for Defendant ROEHL
TRANSPORT, INC.

IT IS SO ORDERED.

DATED: January 7, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE