**SNYDER BURNETT EGERER, LLP**
**Barry Clifford Snyder (SB# 62844)**
**Stacey L. Walker (SB#311108)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801

Attorneys for Defendants ROEHL TRANSPORT, INC. and ARTHUR BULLOCK

**WILCOXEN CALLAHAM, LLP**
**Walter H. Loving, III (SB#109348)**
2114 K Street
Sacramento, California 95816
Telephone No.:  916.442.2777
Facsimile No.:   916.442.4118

Attorneys for Plaintiffs ROSE POWELL and LAWRENCE HARRIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE POWELL and LAWRENCE HARRIS, | Case No. 2:19-cv-01727-MCE-EFB |
| Plaintiff, | Honorable Morrison C. England Jr. |
| v. | |
| ROEHL TRANSPORT and DOES 1 through 50, inclusive, | **ORDER RE STIPULATION OF DISMISSAL** |
| Defendants. | [Filed concurrently with Stipulation] |
| _____ | |

After review of the parties' Stipulation of Dismissal and good cause appearing therefor, the Court orders this matter DISMISSED in its entirety, with prejudice.  Each party shall bear its own fees and costs, and the Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated:  October 6, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1
**ORDER RE STIPULATION OF DISMISSAL**